People v Susan C. (2023 NY Slip Op 03643)

People v Susan C.

2023 NY Slip Op 03643

Decided on June 30, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 30, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, BANNISTER, AND OGDEN, JJ.

526 KA 22-00188

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
SUSAN C., DEFENDANT-APPELLANT. 

KEEM APPEALS, PLLC, SYRACUSE (BRADLEY E. KEEM OF COUNSEL), FOR DEFENDANT-APPELLANT.
WILLIAM J. FITZPATRICK, DISTRICT ATTORNEY, SYRACUSE (ELISABETH DANNAN OF COUNSEL), FOR RESPONDENT. 

 Appeal from an order of the Onondaga County Court (Thomas J. Miller, J.), dated December 31, 2021. The order denied the application of defendant for resentencing pursuant to CPL 440.47. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed.
Memorandum: On appeal from an order denying her application for resentencing pursuant to the Domestic Violence Survivors Justice Act (see CPL 440.47), defendant contends that she was denied meaningful representation at the hearing on the application. We reject that contention. Viewing the evidence, the law, and the circumstances of this case in totality and as of the time of representation, we conclude that defense counsel provided defendant with meaningful representation (see generally People v Baldi , 54 NY2d 137, 147 [1981]).
Entered: June 30, 2023
Ann Dillon Flynn
Clerk of the Court